# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FILED
6-17-2010
JUN 17 2010 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mario D. Hawkins,

          Plaintiff(s)

          V.

Jesse Montgomery, et al.,

          Defendant(s)

Case No. 10 C 384.

Honorable Chief Judge
James F. Holderman,
Presiding.

### MOTION FOR AN ORDER OF PRELIMINARY INJUNCTION AND/OR TO SHOW CAUSE

Comes Now, Mario D. Hawkins, Plaintiff/Pro-Se, and respectfully requests this Honorable Chief Court to consider pursuant to FRCP, Rule-65, notwithstanding USCA ¶14, seeking the relief sought.

In Support Thereof, plaintiff avers:

1. That he has pending a habeas corpus petition and that he filed a motion to amend the proceedings, bringing defendants: Parole Supervisor Juan Baltierres and Parole Agent Morris into these proceedings, for creating and causing retaliatory inferences against the plaintiff, mainly for him expressing his constitutional rights, eg. orally filing grievances.

2. Plaintiff states that since this interval and the last court hearing, these particular defendants has made it somewhat difficult for plaintiff to continue researching his case(s) and to also be able to exercise his religious rights under the Religious Restoration Act, although plaintiff has repeatly give them notice(s) and these notice(s) has gone ignored.

Case 1:10-cv-00384 Document 29 Filed 06/17/10 Page 2 of 3
Case: 10 c 384.
Page 2 of 2.

3. Plaintiff states that a causal connection exists with the filing of this habeas corpus petition because of the adverse action(s) which has/are taking place and that the plaintiff has a protected conduct, therefore defendants are causing these adverse actions to take place, in an attempt to make plaintiff stop as an average person from continuing to litigate.

4. Plaintiff states that he is now being threatened by the implementation of the imposed conditions of the defendants, only an (8) hours movement for either day of Saturday or Sunday, no both days, and that since plaintiff does not work, he definitely should not have such movement(s), which these conditions was imposed due to his pending litigation, but without any warning or prior notices given, and that Agent Morris specifically stated to the Ashunti House Administrative Assistant, one: Candice Rushing, yet, it places a heavy burden on the plaintiff because now everyone which is on Electronic-Monitoring is now

5. Plaintiff states that Section 1983 is a good vehicle concerning actions of this particular kind, however, due to the urgency and the seriousness of these matters, and the fact that these issues involve plaintiff's excessive sentencing, plaintiff not having a forum to hear any grievances whatsoever, as a matter of right, this Court must need act as his forum, pursuant to the right to redress grievances, and due process.

6. Plaintiff states that an Injunction is necessary in order to put defendants on notice so that they will not continue to harass, threaten and harm plaintiff, and/or his witnesses, regarding an upcoming trial and further litigation.

  Wherefore, plaintiff/pro-se, humbly hopes and pray that this Honorable Chief Court would consider granting this Motion in its entirety and/or in alternative consider granting plaintiff whatsoever relief this Court deems as fair. "THANK-YOU!"

Date: 17 June 2010.

Respectfully Submitted
Plaintiff/Pro-Se.
Mario D. Hawkins
4909 W. Huron Street
Chicago, Il. 60644
773/261-7704.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mario D. Hawkins,  CASE No. 10 C 384.
    Plaintiff(s)

vs.  JUDGE: Chief James F. Holderman

Jesse Montgomery, et al.,
    Defendant(s)

## PROOF OF SERVICE

TO:  Hon. Michael W. Dobbins (Clerk)
219 S. Dearborn Street/20th Floor
Chicago, IL. 60602

TO:  Hon. Eric M. Levin (Assistant Attorney General)
100 W. Randolph Street/12th Floor
Chicago, Il. 60603

I, the undersigned (plaintiff/defendant), certify that on the 17th day of June, 2010 2009, I served a copy of this INJUNCTION ORDER/SHOW CAUSE to each person whom it is directed by way of personally filing with the U.S. District Clerk and mailing defendants, and/or taking over to their offices personally.

Signature
Name  Mario D. Hawkins
Address  4909 W. Huron Street
City/Zip  Chicago, Il. 60644
Telephone  773/261-7704

MDH/102.